**SHARP CORPORATION, Sharp Electronics Corporation, and Sharp Electronics Manufacturing Company of America, Inc., Appellants,**

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee,

and

**Samsung Electronics Co., Ltd., Intervenor.**

No. 2009–1520.

United States Court of Appeals, Federal Circuit.

Feb. 18, 2010.

Alan Cope Johnston, Kristin L. Yohannan, Deanne E. Maynard, Seth M. Galanter, Matthew J. Vlissides, Michael W. Maas, Morrison & Foerster, LLP, Washington, DC, Barry E. Bretschneider, John Alexander Trocki, III, Morrison & Foerster, LLP, McLean, VA, Updeep S. Gill, Joseph A. Rhoa, Nixon & Vanderhye, P.C., Arlington, VA, for Appellants.

Clint A. Gerdine, Andrea C. Casson, James M. Lyons, U.S. International Trade Commission, Washington, DC, for Appellee.

Ruffin B. Cordell, Joseph Vincent Colaianni, Jr., Christian A. Chu, Fish & Richardson, P.C., Washington, DC, Jerry T. Yen, Fish & Richardson, P.C., Redwood City, CA, for Intervenor.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).